C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.

No. 52854.

Oct. 17, 1972.

The petition of relator in the above numbered and entitled cause having been duly considered,

It is ordered that the Honorable James R. Alexander, Judge of the First Judicial District Court, Parish of Caddo, without delay act on relator's petition for a writ of habeas corpus filed in that Court, and make a determination of its merits.

267 So.2d 206

STATE of Louisiana ex rel. Charles HEBERT

v.

C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.

No. 52729.

Oct. 17, 1972.

Writs refused. Considering the per curiam of the trial court, the showing made does not warrant the exercise of our supervisory jurisdiction or original jurisdiction.